**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* ______ Chapter **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| **1.** | **Debtor's name** | **Advanced Lens Technologies, LLC** | |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **26-4480110** | |
| **4.** | **Debtor's address** | **Principal place of business**<br>**59 West 9th Street**<br>**Atlantic Beach, FL 32233**<br>Number, Street, City, State & ZIP Code<br>**Duval**<br>County | **Mailing address, if different from principal place of business**<br>P.O. Box, Number, Street, City, State & ZIP Code<br>**Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: | |

Debtor **Advanced Lens Technologies, LLC** Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District ______ When ______ Case number ______
District ______ When ______ Case number ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- ■ No
- ☐ Yes.

Debtor ______ Relationship ______
District ______ When ______ Case number, if known ______

Debtor **Advanced Lens Technologies, LLC** Case number (*if known*)
Name

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency

Contact name

Phone

## Statistical and administrative information

**13. Debtor's estimation of available funds**

. *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Advanced Lens Technologies, LLC**
Name

Case number (*if known*)

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **July 12, 2017**
MM / DD / YYYY

*X* **/s/ Allen Weatherby**
Signature of authorized representative of debtor

**Allen Weatherby**
Printed name

Title **Manager**

**18. Signature of attorney**

*X* **/s/ Robert D. Wilcox**
Signature of attorney for debtor

Date **July 12, 2017**
MM / DD / YYYY

**Robert D. Wilcox**
Printed name

**Wilcox Law Firm**
Firm name

**820 A1A North**
**Suite W-15**
**Ponte Vedra Beach, FL 32082**
Number, Street, City, State & ZIP Code

Contact phone **904-405-1250** Email address **rw@wlflaw.com, eb@wlflaw.com**

**0755168**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Advanced Lens Technologies, LLC** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Air Ring 10101 Ford Rd Bryceville, FL 32009** | | | | | | **$0.00** |
| **American Express P.O. Box 3001 Malvern, PA 19355** | | | | | | **$0.00** |
| **Bug Out Services 530 3rd St N Jacksonville Beach, FL 32250** | | | | | | **$0.00** |
| **CCS Enterprises, LLC 1531 Whispering Pines Drive Hebron, KY 41048** | | | | | | **$0.00** |
| **DOC Optical Sales, Inc. 836 Queens Harbor Blvd Jacksonville, FL 32225** | | | | | | **$19,000.00** |
| **Durant, Schoeppel, Decunto & 6550 St. Augustine Road, Sui Jacksonville, FL 32217** | | **Legal Work** | | | | **$0.00** |
| **Duval County Tax Collector PO Box 44009 Jacksonville, FL 32231** | | **59 West 9th Street Atlantic Beach, FL 32223** | | **$31,265.07** | **Unknown** | **Unknown** |
| **Elizabeth M. Dixon 5133 Yacht Club Rd. Jacksonville, FL 32210** | | | | | | **$0.00** |



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Advanced Lens Technologies, LLC**
Name

Case number *(if known)*

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Equity Trust Co, Custodian IRA of Robert W. Bradwish 1 Equity Way Westlake, OH 44145** | | | | **Unknown** | **$0.00** | **Unknown** |
| **Equity Trust Co., Custiodian IRA of Ernst Nicolitz 1 Equity Way Westlake, OH 44145** | | | | **Unknown** | **$0.00** | **Unknown** |
| **Hoyles Electronics 3923 Sierra Madre Drive Sout Jacksonville, FL 32217** | | | | **$1,994.17** | **$0.00** | **$1,994.17** |
| **Industrial Electronic Repair 266 Northstar Dr #136 Rural Hall, NC 27045** | | | | **$1,275.00** | **$0.00** | **$1,275.00** |
| **Katy Equipment Company 2750 Taylor Ave Orlando, FL 32806** | | | | **$708.00** | **$0.00** | **$708.00** |
| **Kenneth Elstad 3:14-CV-01540 7045 Garden Laurel Court Plano, TX 75024** | | | | **$300,000.00** | **$0.00** | **$300,000.00** |
| **Layth Adamo, et al 317 North Roscoe Blvd. Ponte Vedra Beach, FL 32082** | | **59 West 9th Street Atlantic Beach, FL 32223** | | **$587,861.64** | **Unknown** | **Unknown** |
| **Optotech Optical Machinery, P.O. Box 665 Germantown, WI 53022** | | | | **Unknown** | **$0.00** | **Unknown** |
| **Optotech Optical Techologies P.O. Box 665 Germantown, WI 53022** | | | | **Unknown** | **$0.00** | **Unknown** |
| **Schneider Optical Machines 6644 All Stars Ave Frisco, TX 75033** | | | | | | **$0.00** |



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Advanced Lens Technologies, LLC**
Name

Case number *(if known)*

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Stanley Access Technologies 65 Scott Swamp Rd. Farmington, CT 06032** | | | | | | **$396.73** |
| **UPS Freight PO Box 650690 Dallas, TX 75265** | | | | | | **$2,691.09** |



Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Advanced Lens Technologies, LLC
59 West 9th Street
Atlantic Beach, FL 32233

Robert D. Wilcox
Wilcox Law Firm
820 A1A North
Suite W-15
Ponte Vedra Beach, FL 32082

Air Ring
10101 Ford Rd
Bryceville, FL 32009

Allen Weatherby
351 19th Street
Atlantic Beach, FL 32233

American Express
P.O. Box 3001
Malvern, PA 19355

Becket & Lee
for American Express
PO Box 3001
Malvern, PA 19355

Bug Out Services
530 3rd St N
Jacksonville Beach, FL 32250

CCS Enterprises, LLC
1531 Whispering Pines Drive
Hebron, KY 41048

DOC Optical Sales, Inc.
836 Queens Harbor Blvd
Jacksonville, FL 32225

Durant, Schoeppel, Decunto &
6550 St. Augustine Road, Sui
Jacksonville, FL 32217

Duval County Tax Collector
PO Box 44009
Jacksonville, FL 32231

Elizabeth M. Dixon
5133 Yacht Club Rd.
Jacksonville, FL 32210

Equity Trust Co, Custodian
IRA of Robert W. Bradwish
1 Equity Way
Westlake, OH 44145

Equity Trust Co., Custiodian
IRA of Ernst Nicolitz
1 Equity Way
Westlake, OH 44145

Green Tax Funding 1
PO.. Box 645040
Cincinnati, OH 45264

Hoyles Electronics
3923 Sierra Madre Drive Sout
Jacksonville, FL 32217

Ice-Tech Optical, LLC
59 West 9th Street
Atlantic Beach, FL 32233

Industrial Electronic Repair
266 Northstar Dr #136
Rural Hall, NC 27045

Katy Equipment Company
2750 Taylor Ave
Orlando, FL 32806

Kenneth Elstad 3:14-CV-01540
7045 Garden Laurel Court
Plano, TX 75024

Layth Adamo, et al
317 North Roscoe Blvd.
Ponte Vedra Beach, FL 32082

Optotech Optical Machinery,
P.O. Box 665
Germantown, WI 53022

Optotech Optical Techologies
P.O. Box 665
Germantown, WI 53022

Retus Group Retirement
840 S. Edgewood, Suite 220
Jacksonville, FL 32205

Schneider Optical Machines
6644 All Stars Ave
Frisco, TX 75033

Stanley Access Technologies
65 Scott Swamp Rd.
Farmington, CT 06032

Theresa Carli, Esq.
Heekin Law, P.A.
4540 Southside Blvd., Ste. 2
Jacksonville, FL 32216

UPS Freight
PO Box 650690
Dallas, TX 75265

Vision Coat, Inc.
7800 East Iliff, Suite I
Denver, CO 80231

# United States Bankruptcy Court
## Middle District of Florida

In re **Advanced Lens Technologies, LLC** Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Advanced Lens Technologies, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July 12, 2017**
Date

**/s/ Robert D. Wilcox**
**Robert D. Wilcox 0755168**
Signature of Attorney or Litigant
Counsel for **Advanced Lens Technologies, LLC**

**Wilcox Law Firm**
**820 A1A North**
**Suite W-15**
**Ponte Vedra Beach, FL 32082**
**904-405-1250**
**rw@wlflaw.com, eb@wlflaw.com**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com Best Case Bankruptcy